# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CATHY DOMINIQUE, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 4:17-cv-00616-JED-JFJ |
| (1) AT&T MOBILITY SERVICES, LLC, | § § § | |
| Defendant. | § § § | |

## **JOINT MOTION TO STAY PENDING ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, Plaintiff Cathy Dominique and Defendant AT&T Mobility Services, LLC (collectively, the "Parties") file this Joint Motion to Stay Pending Arbitration.

Plaintiff and Defendant are parties to an enforceable Management Arbitration Agreement ("Arbitration Agreement") that covers all claims brought by Plaintiff in the instant lawsuit. The Parties have agreed to move this matter into arbitration and stay this case pending the resolution of Plaintiff's claims pursuant to the Arbitration Agreement. Accordingly, the Parties respectfully request that the Court enter an Order compelling the arbitration of this matter and staying this lawsuit pending the outcome of the arbitration proceeding.

-2-

Dated: January 8, 2018						Respectfully submitted,

/s/ Eva C. Madison
Eva C. Madison (OBA #18103)
Littler Mendelson, P.C.
217 E. Dickson St., Suite 204
Fayetteville, Arkansas 72701
Telephone: 479-582-6100
Facsimile:  479- 582-6111
emadison@littler.com

Attorney for Defendant


/s/ Leah M. Roper (w/permission)
Mark E. Hammons (OBA #3784)
Amber L. Hurst (OBA #21231)
Leah M. Roper (OBA #32107)
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone:  405-235-6100
Facsimile:   405-235-6111
mark@hammonslaw.com
amber@hammonslaw.com
leah@hammonslaw.com

Attorneys for Plaintiff

Firmwide:152100661.1 061317.1551