IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CATHY DOMINIQUE,<br><br>　　Plaintiff,<br><br>vs.<br><br>(1) AT&T MOBILITY SERVICES, LLC,<br><br>　　Defendant. | No. 4:17-cv-616-JED-JFJ |

## ORDER

Pending before the Court is the Parties' Joint Motion to Stay Pending Arbitration (Doc.15). For good cause shown, and by agreement of the parties, the motion will be, and hereby is, **GRANTED**. The parties are directed to proceed to arbitration of Plaintiff's claims in accordance with the terms of their arbitration agreement. This case and all associated proceedings and deadlines are **STAYED** until further notice from the Court in order for the parties to proceed to arbitration.

　　**SO ORDERED** this 10th day of January, 2018.

　　　　　　　　　　　　　　　　　　　JOHN E. DOWDELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE